# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES CLAY WILSON, #521150, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:08-CV-0041-O |
| | ) | |
| LISA MATZ, et al., | ) | |
|     Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered findings, conclusions and a recommendation in this case on January 17, 2008. No objections were filed. *See* FED. R. CIV. P. 72; 28 U.S.C. §636(b). The Court has therefore reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, GRANTS Plaintiff's motion to amend the complaint (Doc. # 2) and BARS Plaintiff from proceeding *in forma pauperis* pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

**SIGNED this 31st day of March, 2008.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**